## CERTIFICATION OF SERVICE

I,_____ Donald J. Koehler, II _____
                                    (name)
of_____ Rose Law Firm, P.C., 5885 Meadows Road, Suite 330, Lake Oswego, OR 97035 _____
                                  (service address)

certify:

That I am, and at all time hereinafter mentioned was, more than 18 years of age;

That on ___02/06/2017___ (date), I served a copy of the attached summons, together with the involuntary petition filed in this case, on:

Chang Q Tan, Managing Member of
Genkisu, LLC

the debtor(s) in this case by (describe here the mode of service):

First-Class Mail

on the said debtor(s) at:

Chang Q Tan
Managing Member
Genkisu, LLC
200 Second Street #409
Oakland, CA 94607

I certify under penalty of perjury that the foregoing is true and correct.

Executed on ___02/06/2017___               /s/ Donald J. Koehler, II
                  (date)                   _____
                                                (signature)

SUMINV (6/29/15) jd

# UNITED STATES BANKRUPTCY COURT
## District of Oregon

In re
 **Genkisu, LLC**
Debtor(s)

)
)
)
)
) Case No.  **17−30070−pcm7**
)
)
)
)

February 6, 2017

Clerk, U.S. Bankruptcy Court

BY jd DEPUTY

## ALIAS INVOLUNTARY CASE SUMMONS

To the above named debtor(s):

A petition under Title 11, United States Code, having been filed on 1/10/17 in this court of bankruptcy, praying for an order for relief under 11 USC §303, Chapter 7.

You are hereby summoned and REQUIRED TO FILE WITH THIS COURT AND TO SERVE upon the petitioners' attorney, whose address is DONALD KOEHLER, II Rose Law Firm, P.C. 5885 Meadows Rd. Suite 330 Lake Oswego, OR 97035, A MOTION* OR AN ANSWER to the petition which is herewith served upon you, WITHIN 21 DAYS OF THE DATE THIS SUMMONS WAS SERVED UPON YOU. IF YOU FAIL TO DO SO, AN ORDER FOR RELIEF WILL BE ENTERED.

IF A MOTION OR AN ANSWER IS FILED, you are hereby notified that a TRIAL of the proceeding commenced by this petition SHALL BE SCHEDULED UPON FURTHER NOTICE FROM THE COURT.

YOU ARE NOTIFIED that if you have any questions, you should see your attorney immediately. If you do not have an attorney and need help in finding one, you may call the Oregon State Bar's Lawyer Referral Service at (503)684−3763 or toll−free in Oregon at (800)452−7636.

*If you make a motion, as you may in accordance with Fed.R.Bankr.P. 1011, that rule governs the time within which your answer must be served.

Date of issuance: 2/6/17

/s/ Charlene M Hiss
Clerk, U.S. Bankruptcy Court



MINV (6/29/15) jd

# UNITED STATES BANKRUPTCY COURT
## District of Oregon

### Memorandum

To:        DONALD KOEHLER, II
           Rose Law Firm, P.C.
           5885 Meadows Rd.
           Suite 330
           Lake Oswego, OR 97035

From:      Clerk, U.S. Bankruptcy Court

Date:      2/6/17

Subject:   **Involuntary Summons in Case No. 17−30070−pcm7, Genkisu, LLC**

Included for you to serve within 7 days of the date above is the original Summons in the above case. (Note: You must make copies for service on appropriate parties.) Also included is a blank Certificate of Service that you must complete after service of the Summons.

Immediately after service you must: (a) Complete points 1 and 2 below; (b) Combine the documents together as follows: (i) the fully completed Certificate of Service; (ii) a copy of the Summons; and (iii) this completed Memorandum; and then (c) File that 3 document packet with the court either electronically, or if you are not an ECF participant, at the address below.

1.  Name and address of the person to perform duties of debtor:

                    Chang Q Tan, Managing Member
    _____
    Name and Relationship to debtor (e.g., CEO, President, etc.)
        200 Second Street #409
    _____
    Address
        Oakland, CA 94607
    _____


2.  Name and address of the debtor's attorney:

                    Unknown
    _____
    Name

    _____
    Address

    _____


Please immediately file the completed 3 document packet (in the order prescribed) either electronically, or if you are not an ECF participant, at the following address:

                    Clerk, U.S. Bankruptcy Court
                    1001 SW 5th Ave #700
                    Portland, OR 97204